AO-91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.

Miguel Angel De la Rosa Leija.
YOB: 1975
Mexican Citizen

United States District Court
Southern District of Texas
FILED
APR 03 2015
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-506-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **April 02, 2015** (Date) in **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 30.04 kilograms of Cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 30.04 kilograms of Cocaine, a Schedule II controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1), 846, and 952**.

I further state that I am a(n) **Special Agent** And that this complaint is based on the
Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Pablo Silva, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

**4/3/2015**                          At                        McAllen, Texas
Date                                                            City and State

U.S. Magistrate Judge, Dorina Ramos                             Dorina Ramos
Name and Title of Judicial Officer                              Signature of Judicial Officer

Attachment "A"

On April 2, 2015, Homeland Security Investigations (HSI), McAllen, Texas, was notified by Customs and Border Protection (CBP) that Miguel Angel De la Rosa LEIJA had attempted to enter the United States via the Anzalduas Port of Entry in Mission, Texas, as the driver of a xxxx white in color Chevrolet Captiva displaying Nuevo Leon, Mexico, license plates SLZ-47-88. LEIJA and his passenger Rosalva Deyanira Martinez HERNANDEZ were sent to secondary inspection after CBP K-9 alerted to possible narcotics in the rear of the vehicle. A secondary inspection of the vehicle resulted in the discovery of approximately 30.04 kilograms of cocaine concealed in a compartment in the hatch area of the vehicle.

HSI McAllen special agents responded to the port of entry to interview LEIJA and HERNANDEZ. LEIJA was advised of his Miranda Warnings which he waived and agreed to answer questions without an attorney present.

LEIJA stated that he had been offered $2000 to drive the vehicle from Monterrey, Mexico, to the Wal-Mart parking lot located on U.S. Expressway 83 and Jackson Road, McAllen, Texas. LEIJA was told that once the car was in the parking lot it would be picked up by an unknown individual and taken to an unknown location for removal of what had been placed in the car. LEIJA had been instructed to leave the vehicle unattended and to leave the keys in the gas compartment. LEIJA further stated that he did not know the type of drug or amount of drugs that had been placed in the vehicle.

The United States Attorney's Office in McAllen accepted federal prosecution on LEIJA.